**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sabina Carol Francois, | No. CV-21-00071-PHX-JAT |
| Petitioner, | **ORDER** |
| v. | |
| United States Citizenship and Immigration Services, et al., | |
| Respondents. | |

Pending before the Court is counsel Maria Wolfinger's motion to withdraw as counsel for Petitioner. (Doc. 47). Prior to Ms. Wolfinger's motion, new counsel appeared for Petitioner.

Ms. Wolfinger's motion purports to be signed by the client. (*Id*.). However, it is not a pen and ink signature, but instead an electronic signature typed by counsel. (*Id.*). The Administrative Policies and Procedures Manual Governing Electronic Case Filing states that only registered users can use e-signatures. For non-registered users, "…if the original document requires the signature of a non-registered signatory, the filing party must scan and electronically file the original document." (Admin. Manual at 6).

Thus, the Motion does not contain the client's consent in a permissible way to comply with Local Rule Civil 83.3. Accordingly,

/ / /

/ / /

/ / /

1  **IT IS ORDERED** that Maria Wolfinger's motion to withdraw as counsel for
2  Petitioner, (Doc. 47), is denied without prejudice.
3  Dated this 21st day of May, 2025.

James A. Teilborg
Senior United States District Judge

- 2 -