**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sabina Carol Francois,<br><br>             Petitioner,<br><br>v.<br><br>United States Citizenship and Immigration Services, et al.,<br><br>             Respondents. | No. CV-21-00071-PHX-JAT<br><br>**ORDER** |

       Pending before the Court is Petitioner's motion to reopen this case and counsel Maria Wolfinger's motion to withdraw as counsel for Petitioner. New counsel has filed pro hac vice motions on behalf of Petitioner, which have been granted.

       Regarding the motion to reopen, this Court's Order at Doc. 21 required the parties to move to reopen this case and lift the stay upon the conclusion of Petitioner's removal proceedings. The parties dispute whether Petitioner's removal proceedings have concluded. Petitioner argues that because an Immigration Judge has ruled on her case, her removal proceedings have concluded. Respondent argues that because Petitioner filed a procedurally permissible appeal of the Immigration Judge's removal order with the BIA, Petitioner's removal proceedings remain ongoing. (Doc. 48).

       On this record, the Court agrees with Respondents that the Immigration Judge's order is not final until the appeal concludes. Thus, the removal proceedings are not concluded.

       Therefore,

**IT IS ORDERED** that the motion to reopen this case and lift the stay (Doc. 43) is denied without prejudice.

**IT IS FURTHER ORDERED** that Ms. Wolfinger's motion to withdraw with client consent (Doc. 50) is granted. Ms. Wolfinger is deemed to be withdrawn. Marc Prokosch and Isabelle Plunkett, whose pro hac vice motions were granted on May 9, 2025, must each file a notice of appearance for Petitioner within 7 days of the date of this Order.

Dated this 27th day of May, 2025.

James A. Teilborg
Senior United States District Judge