**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Sabina Carol Francois,

Petitioner,

v.

United States Citizenship and Immigration Services, et al.,

Respondents.

No. CV-21-00071-PHX-JAT

**ORDER**

Pending before the Court is Petitioner's motion to reopen and lift the stay. (Doc. 61). Respondent filed a response, (Doc. 63), and Petitioner replied, (Doc. 64). The Court now rules.

In February 2026, Petitioner filed her fifth motion to lift the stay entered on September 21, 2021, arguing the Court should proceed with its de novo review of her N-400 application under 8 U.S.C. § 1421(c). (Doc. 54 at 5). The Court noted that Petitioner did not allege any changes in the status of her removal proceedings. (Doc. 56 at 1). And after construing her motion as one for reconsideration, the Court denied it after finding it was untimely. (*Id.* at 2).

Now, Petitioner again asks the Court to lift the stay prior to the conclusion of her removal proceedings. (Doc. 61 at 1). Indeed, she admits "the removal proceedings remain unresolved." (*Id.* at 2). This time, Petitioner argues that balancing the length of the stay (five years) with the strength of the justification given for it weighs in favor of lifting the stay. (*Id.* at 1–2). Having already found that "the prudent course of action is to stay this

case pending the outcome of removal proceedings," the Court will not reopen the case or lift the stay. (Doc. 21 at 7).

For the foregoing reasons,

**IT IS ORDERED** that Petitioner's Motion to Reopen and Lift the Stay of this Case (Doc. 61) is **DENIED** without prejudice.

Dated this 29th day of October, 2026.

James A. Teilborg
Senior United States District Judge